PROB 12B
(7/93)

Report Date: August 2, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 09 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rodney Lee Burns              Case Number: 2:07CR06002-001
                                                             2:07CR06001-001

Name of Sentencing Judicial Officer: The Honorable W. Fremming Nielson

Date of Original Sentence: 9/17/2004            Type of Supervision: Supervised Release

Original Offense: Failure to Appear, 18 U.S.C. §   Date Supervision Commenced: 1/3/2005
3146(1)(2). Bank Fraud, 18 U.S.C. § 1344

Original Sentence: Prison - 4 Months; TSR - 36     Date Supervision Expires: 1/2/2008
Months

---

### PETITIONING THE COURT

To extend the term of supervision for 12 months, for a total term of 48 months.

### CAUSE

On April 5, 2007, Rodney Lee Burns pleaded guilty to Possession of Stolen Property, 3rd Degree, Benton County Superior Court, docket no. 06-1-01130-2. Mr. Burns was arrested and charged in connection with felony charges received by his wife.

Mr. Burns has failed to make a restitution payment since February 2007. Mr. Burn was unemployed from February 9, 2007, until acquiring employment in June 2007.

With the exception of this current violation, Mr. Burns has conducted himself very well since being placed on Supervised Release on January 3, 2005. It is this officer's opinion that an extension of supervision will appropriately address this issue.

Respectfully submitted,

by  _____
    Curtis G. Hare
    U.S. Probation Officer
    Date: August 2, 2007

Prob 12B
**Re: Burns, Rodney Lee**
**August 2, 2007**
**Page 2**

THE COURT ORDERS

[ ] No Action
[x] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

8/9/07
_____
Date